**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-2135**

---

JOANN JEFFRIES RAMSEUR,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  William Connelly, Magistrate Judge. (8:06-cv-02995-WGC)

---

Submitted:  July 22, 2008        Decided:  July 24, 2008

---

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joann Jeffries Ramseur, Appellant Pro Se. James A. Frederick, GOODELL, DEVRIES, LEECH & DANN, LLP, Baltimore, Maryland; Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joann Jeffries Ramseur appeals the magistrate judge's order* granting summary judgment in favor of the defendant, the United States of America, and dismissing her claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ramseur v. United States</u>, No. 8:06-cv-02995-WGC (D. Md. Oct. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*The parties consented to the jurisdiction of the magistrate judge, pursuant to 28 U.S.C. § 636(c) (2000).